```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

| | |
|---|---|
| WALTER MCGHEE, II, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:15-cv-02023-JPM-tmp |
| ) | |
| ROBERT LIPSCOMB, et al., ) | |
|     Defendants. ) | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION; AND**

**ORDER OF DISMISSAL**

Before the Court is the Magistrate Judge's report and recommendation, filed July 14, 2015. (ECF No. 5.) In the report and recommendation, the Magistrate Judge recommends "that McGhee's federal claims be dismissed for failure to state a claim pursuant to Rule 12(b)(6) and 28 U.S.C. § 1915(e)(2) as to all the defendants, and that the court decline jurisdiction over the remaining state law claims based on 28 U.S.C. § 1367(c)(3)." (ECF No. 5 at 17.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for

filing objections expired on July 31, 2015.  See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee notes.  On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 5) in its entirety.

Accordingly, Plaintiff Walter McGhee, II's federal claims are hereby DISMISSED as to all defendants for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2).  Additionally, the Court declines to exercise jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED,** this 10th day of August, 2015.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE